COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Matter of the Marriage of Allan Ray Comstock and
                          Mindy Lee Comstock

Appellate case number:    01-19-00722-CV

Trial court case number:  15-FD-3019

Trial court:              County Court at Law No. 1 of Galveston County

In this direct appeal of a final divorce decree, appellant, Mindy Lee Comstock, has filed a motion for temporary relief and stay. Appellant asks this Court to stay enforcement and contempt proceedings in the trial court. Appellee, Allan Ray Comstock, has filed a response to appellant's motion.

When a final judgment has not been superseded or stayed pending an appeal, the trial court may entertain a motion for contempt. *In re Sheshtawy*, 154 S.W.3d 114, 124–25 (Tex. 2004) (orig. proceeding); *see also In re Crow-Billingsley Air Park, Ltd.*, 98 S.W.3d 178, 179 (Tex. 2003) (orig. proceeding) (holding trial court had jurisdiction to hear motion to enforce final judgment even though judgment appealed); TEX. FAM. CODE § 6.709(j), 9.002, 9.007(a). The final divorce decree in this appeal has not been superseded or stayed. *See* TEX. R. APP. P. 24.1, 24.2. Accordingly, the Court **denies** appellant's motion.

It is so ORDERED.

Judge's signature:  ___/s/ Evelyn V. Keyes_____
                    ☑ Acting individually    ☐ Acting for the Court

Date: ___December 5, 2019___